| | |
|---|---|
| DISTRICT COURT, DOUGLAS COUNTY, STATE OF COLORADO<br>Court Address: 4000 Justice Way, Ste. 2009<br>Castle Rock, CO 80109<br><br>**PLAINTIFF:**<br>**Gabriel Salazar, an individual**<br><br>v.<br><br>**DEFENDANTS:**<br>**Amazon.com, Servs. LLC. a Delaware Corp.;**<br>**Amazon Logistics, Inc. a Delaware Corp.** | DATE FILED<br>August 6, 2026 10:51 AM<br>FILING ID: AA4681CD7A774<br>CASE NUMBER: 2026CV30855<br><br>**∆ COURT USE ONLY ∆** |
| JAMES E. FREEMYER P.C<br>James E. Freemyer, #11839<br>William T. Dawson, #31942<br>1575 Race Street<br>Denver, CO 80206<br>Phone No.: 303-861-0868<br>Fax No.: 303-860-1343<br>E-mail: Info@JamesEFreemyer.com | Case No. |

**COMPLAINT AND JURY DEMAND**

PLAINTIFF, Gabriel Salazar, through counsel, submitted the following Complaint:

## I. PARTIES

1. Plaintiff, Gabriel Salazar, is a resident of the State of Colorado.
2. Defendant Amazon.com Services LLC is a Delaware corporation registered to do business in Colorado.
3. Defendant Amazon Logistics, Inc. is a Delaware corporation registered to do business in Colorado.
4. At all relevant times, Michell Viloria Rosales was acting as an agent, servant, employee of Amazon.com Services LLC and/or Amazon Logistics, Inc., within the course and scope of work performed for Amazon Defendants.

## II. JURISDICTION AND VENUE

**EXHIBIT A**

5. This Court has jurisdiction pursuant to Colo. Const. art. VI and C.R.S. § 13-1-124.
6. Venue is proper in Douglas County under C.R.S. § 13-1-124 because the events giving rise to this action occurred in Douglas County, Colorado.

## III. GENERAL ALLEGATIONS

7. On July 7, 2025, Plaintiff was lawfully operating a motor vehicle in Douglas County, Colorado.
8. At the same time, Michell Viloria Rosales was operating a vehicle while actively engaged in delivering packages through the Amazon Flex program.
9. Upon information and belief Michell Viloria Rosales had made deliveries for Amazon at or near the time of the collision.
10. Michell Viloria Rosales negligently crossed the center line of the roadway and entered Plaintiff's lane of travel.
11. Michell Viloria Rosales's vehicle collided head-on with Plaintiff's vehicle.
12. Michell Viloria Rosales violated Colorado traffic laws, including C.R.S. § 42-4-1007 (Driving on Wrong Side of Roadway), C.R.S. § 42-4-14021 (Reckless Driving), C.R.S. § 42-4-1402 (Careless Driving).
13. At the time of the crash, Michell Viloria Rosales was actively performing delivery services for Amazon, thereby implicating Amazon's commercial liability coverage.
14. As a direct and proximate result of the collision:
    a. Plaintiff suffered **multiple broken ribs** and related physical injuries;
    b. Plaintiff experienced significant pain and suffering;
    c. Plaintiff suffered **severe emotional distress and psychological trauma**, including trauma associated with witnessing the death of Michell Viloria Rosales at the scene;
    d. Plaintiff incurred medical expenses and other damages.
15. Michell Viloria Rosales died as a result of the collision.

**FIRST CLAIM FOR RELIEF-Imputed Negligence (Against Both Defendants)**

16. Plaintiff incorporates all prior paragraphs.
17. Michell Viloria Rosales owed a duty to operate the vehicle safely.
18. Michell Viloria Rosales breached that duty by crossing the center line and failing to maintain control.
19. Michell Viloria Rosales's negligence was the proximate cause of Plaintiff's injuries.
20. Michell Viloria Rosales was in the course and scope of her employment with

Defendant Amazon and was an agent acting in the course and scope of her employment at all relevant times herein.

21. Plaintiff suffered damages, as a result of the imputed negligence of Michell Viloria Rosales.

**SECOND CLAIM FOR RELIEF-Negligence Per Se**

22. Plaintiff incorporates all prior paragraphs.
23. Michell Viloria Rosales violated Colorado traffic statutes identified above.
24. Plaintiff is within the protected class, and the injuries are of the type the statutes are designed to prevent.
25. Such violations constitute negligence per se.

**THIRD CLAIM FOR RELIEF-Respondeat Superior / Vicarious Liability (Against Amazon Defendants)**

26. Plaintiff incorporates all prior paragraphs.
27. At the time of the incident, Michell Viloria Rosales was acting within the course and scope of employment and/or agency with Amazon Defendants.
28. Amazon Defendants are vicariously liable for Michell Viloria Rosales's negligence.

## IV. DAMAGES

33. Plaintiff has suffered:
    - Physical injuries including broken ribs;
    - Physical pain and suffering;
    - Emotional distress, including trauma from witnessing Michell Viloria Rosales's death;
    - Medical expenses (past and future);
    - Lost income and impairment of capacity to earn;
    - Property damage.
34. Plaintiff seeks all damages permitted under Colorado law, including non-economic damages pursuant to C.R.S. § 13-21-102.5.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that judgment be entered in favor of Plaintiff and against the Defendant, in an amount to fairly and reasonably compensate Plaintiff for his injuries, damages, and losses as set forth above; for court costs; for expert witness fees; for statutory interest from the date this cause of action accrued or as otherwise permitted under Colorado law; and for such other and further relief as this Court deems just and proper.

## VI. JURY DEMAND

PLAINTIFF DEMANDS A TRIAL BY JURY OF SIX

Dated this 6th day of August, 2026.

**JAMES E. FREEMYER P.C.**
By:*/s/James E. Freemyer*
James E. Freemyer

**Plaintiff Address:**
2377 Robin Song Ct.
Castle Rock, CO 80109

**EXHIBIT A**